Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
Scott M. Johnson (SBN 287182)
SJohnson@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Jacqueline Tuato'o

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JACQUELINE TUATO'O,<br><br>             Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>             Defendants. | Case No.: 5:17-cv-05416-BLF<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT TK FINANCIAL, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Judge:       Hon. Beth Labson Freeman |

**PLEASE TAKE NOTICE** that Plaintiff Jacqueline Tuato'o, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses defendant TK Financial, Inc., without prejudice, as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant in part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    a) Without a Court Order.  Subject to Rules 23(3), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(1)   A notice off dismissal before the opposing party either serves an answer or a motion for summary judgment.

Defendant TK Financial, Inc. has neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

DATED: March 26, 2018  **Sagaria Law, P.C.**

By:   */s/ Elliot Gale*
Elliot W. Gale, Esq.
Attorney for Plaintiff Jacqueline Tuato'o

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT TK FINANCIAL, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) -2-